UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD R. GRIESHABER, ET AL. | CIVIL ACTION |
| VERSUS | NO: 07-8769 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION: "J" (5) |

**ORDER**

Before the Court is the parties' **Motion for Dismissal (Rec. Doc. 12).** Accordingly,

**IT IS ORDERED** that the claims of Ronald Grieshaber and Vicki Westphal Grieshaber against State Farm Fire and Casualty Company be and are hereby **DISMISSED**, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana this 7th day of October, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1